# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Case No. 07-cr-00087-LTB

LEWIS CHEN,

    Movant/Defendant,

v.

THE PEOPLE OF THE STATE OF COLORADO,

    Respondent/Plaintiff.

_____

**Order**
_____

This Order addresses a Notice of Removal filed by Movant/Defendant Lewis Chen ("Chen"). Chen is a criminal defendant in the Eighteenth and Nineteenth Judicial Districts in the State of Colorado. Chen contends that his due process and equal protection rights under the United States Constitution are violated because his state prosecutions subject him to potentially greater penalties than if his offenses were prosecuted in federal, rather than state court.

Under 28 U.S.C. § 1446(c)(4) I may issue a summary remand order "if it clearly appears on the face of the notice and any exhibits annexed thereto that removal should not be permitted." I accordingly remand this notice for two reasons.

First, Chen has failed to state any valid jurisdictional basis for removal. Federal courts are courts of limited jurisdiction and may only adjudicate cases within their authority. *U.S. ex rel. Grynberg v. Praxair, Inc.,* 389 F. 3d 1038, 1048 (10th Cir. 2004), *cert. denied,* 545 U.S. 1139 (2005). "There is a presumption against removal jurisdiction," and the burden to justify removal is

on the requesting party. *Laughlin v. Kmart Corp.,* 50 F.3d 871, 873 (10th Cir. 1995), *cert. denied,* 516 U.S. 863 (1995). Chen's Notice of Removal alleges constitutional violations, but cites no authority justifying removal either under the federal removal statutes, 28 U.S.C. § 1441 *et seq.,* or any other federal law.

Second, Chen has not yet been sentenced in state court. Once sentenced, Chen may challenge the constitutionality of his sentence through the state court system, or he may seek a remedy under 28 U.S.C. § 2254. But he may not seek removal simply because he is concerned that a sentence that has not yet occurred may violate his rights. Federal courts address cases and controversies; they do not provide advisory opinions. *Flast v. Cohen*, 392 U.S. 83, 96-97 (1968).

Accordingly, Chen's Notice of Removal (Docket #1) is REMANDED to State Court.

**DONE and ORDERED,** this  6th  day of March 2007 at Denver, Colorado.

                                              s/Lewis T. Babcock
                                              United States District Chief Judge