**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge**

Case No. 07-cr-00087-LTB

LEWIS CHEN,

    Movant/Defendant,

v.

 THE PEOPLE OF THE STATE OF COLORADO,

    Respondent/Plaintiff.

_____

ORDER
_____

Upon Movant's Motion for Reconsideration of Order Dated March 6, 2007 (Doc 4 - filed March 9, 2007), it is

ORDERED that the Motion is DENIED.

                                              BY THE COURT:

                                             s/Lewis T. Babcock
                                             Lewis T. Babcock, Chief Judge

DATED: March 12, 2007